UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>LAWRENCE B. HILTZ )<br>)<br>  Defendant. )<br>) | Case No. 98-cr-10097-PBS-2 |

**DEFENDANT'S MOTION TO AUTHORIZE RELEASE COPY OF PRESENTENCE REPORT**

NOW COMES the Defendant, Lawrence B. Hiltz, and moves that this court authorize the Probation Department to release to the Defendant a copy of the Presentence Report prepared for his sentencing in the above-captioned matter. As grounds therefore, the Defendant states:

The Defendant has received instructions from the Probation Department that, in order for the Probation Department to release to the Defendant a copy of the Presentence Report relating to the Defendant's sentencing in this matter, this court must first authorize the Probation Department to do so. This matter is currently under appeal before the First Circuit Court of Appeals under docket number 20-1856. Relevant information and facts contained within the Presentence Report are critical to the Defendant's arguments in the appeal, and the Defendant has no alternative means to access those facts and information without this court authorizing the Probation Department to release the Presentence Report to the Defendant.

WHEREFORE, for the foregoing reasons, the Defendant requests that this court authorize and order the Probation Department to release to the Defendant a copy of the Presentence Report relating to this matter.

Respectfully submitted,

Dated: February 11, 2021            __/s/_____
Lawrence B. Hiltz
50 Nightingale Road, Unit 14
Plymouth, MA 02360
Telephone: 508-888-4502
Fax: 508-888-2273
Hiltzy@comcast.net

---

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the United States Attorney's Office by E-File/Mail on:

DATE: February 12, 2021   _____

---